JS - 6

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1943-VAP (CTx)                               Date:  January 26, 2009

Title:   LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-FF2, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FF2 -v- MARIA APARICIO; and , DOES 1 to 25, Inclusive
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                                              None Present
  Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

  None                                                            None

PROCEEDINGS:     MINUTE ORDER: (1) VACATING JANUARY 30, 2009 HEARING; (2) GRANTING MOTION TO REMAND (IN CHAMBERS)

   The Court has received and considered all papers filed in support of Plaintiff LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2007-FF2's ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

   The Court granted Plaintiff's Ex Parte Application for an Order Shortening Time

MINUTES FORM 11                                              Initials of Deputy Clerk <u>dts</u>
CIVIL -- GEN                           Page 1

EDCV 08-1943-VAP (CTx)
LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-FF2, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FF2 v MARIA APARICIO; and , DOES 1 to 25, Inclusive
MINUTE ORDER of January 26, 2009

on January 16, 2009 and set this matter for hearing on January 30, 2009, with Opposition to be filed no later than January 22, 2009. Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion. Defendant filed no opposition. Under Local Rule 7-12, the Court finds Defendant has consented to granting the Motion. Plaintiff's Complaint is remanded to the Superior Court for the County of Riverside.

**IT IS SO ORDERED.**